# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Adam Barron, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a | ) | Case No. 1:17-cv-245 |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The Magistrate Judge shall conduct a status conference with the parties by telephone on May 13, 2019, at 2:00 p.m. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 7th day of May, 2019.

>  */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court