# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Adam Barron, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, | ) | Case No. 1:17-cv-245 |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

The Court held a status conference call with the parties on May 13, 2019. Pursuant to its discussion with the parties, the Court **ORDERS**:

1. The final pretrial conference set for June 5, 2019, shall be rescheduled for April 13, 2021, at 9:00 a.m. by telephone before the Magistrate Judge. To participate in the conference call, counsel should call the following telephone number and enter the following access code:

    Tel. No.: (877) 810-9415

    Access Code: 8992581.

2. The jury trial set for June 17, 2019, shall be rescheduled for April 26, 2021, at 9:00 a.m. in Bismarck before Chief Judge Hovland (courtroom #2). An eight (8) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court