David R. Paoli
PAOLI & LEISHER, P.C.
257 W. Front St., Suite A
Missoula, MT 59801
Telephone: (406) 542-3330
Facsimile: (406) 542-3332
Email: Davidpaoli@paoli-law.com

Cortney S. LeNeave
Thomas W. Fuller
HUNEGS, LeNEAVE &KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN 55391
Telephone: 612-339-4511
cleneave@hlklaw.com
tfuller@hlklaw.com

ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| ADAM BARRON, | Case No. CV 17-00245 |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND BRIEFING DEADLINES – DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL [Doc 138]** |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | |
| Defendant. | |

The parties, by and through their attorneys, hereby stipulate to extend Plaintiff's briefing deadline with respect to Defendant's Motion for Judgment as a Matter of Law and Motion for New Trial [Doc. 138] filed and served on January 18, 2022 as follows:

Plaintiff's brief in opposition to the motion is due on **February 1, 2022** under Civ. LR 7.1(B) is extended for one week or no later than **February 8, 2022.**

1

Defendant's reply is due on **February 8th, 2022** under Civ. LR 7.1(b) is extended for one week after Plaintiff files his brief or no later than **February 15, 2022.**

The parties further agree that no post-judgment interest will accrue for the period of the extension (e.g., if the response is not filed until February 8, 2022 then no interest will accrue from February 2nd through February 8th. If Plaintiff's brief is filed before February 8th, the post-judgment interest will begin accruing on the date it is filed).

Dated: January 31, 2022

**HUNEGS LeNEAVE & KVAS**

By: /s/ Cortney S. LeNeave
Cortney S. LeNeave
Thomas W. Fuller
HUNEGS LeNEAVE & KVAS
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN 55391
(612) 339-4511
cleneave@hlklaw.com
tfuller@hklaw.com

David R. Paoli
Paoli Law Firm, P.C.
257 West Front Street, Suite A
Missoula, MT 59802
(406) 542-3330
DavidPaoli@paoli-law.com
Attorneys for Plaintiff Adam Barron

Dated: January 31, 2022

**HAWS-KM, P.A.**

By: /s/ R. John Wells
Daniel A. Haws, *Admitted to N.D. Federal Court*
R. John Wells, *Admitted to N.D. Federal Court*
30 East Seventh Street, Suite 3200
St. Paul, MN 55101-4919
(651) 227-9411
dhaws@hkmlawgroup.com
jwells@hkmlawgroup.com
Attorneys for Defendant BNSF Railway Company