Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

Adam Barron,

        Plaintiff,

v.

BNSF Railway Company,
a Delaware Corporation,

        Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No.   1:17-cv-245

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the jury's verdict entered on December 17, 2021, BNSF Railway Company's negligence was a cause, in whole or in part, of plaintiff Adam Barron's injuries reported on November 12, 2014, and judgment is hereby entered in favor of plaintiff Adam Barron against defendant BNSF Railway Company for an award of: past medical expenses in the amount of $90,000.00; past earnings and benefits in the amount of $559,314.90; future medical expenses in the amount of $90,000.00; future earning capacity and benefits in the amount of $2,220,013.80; and non-economic damages in the amount of $1,485,000.00 for a total award of $4,444,328.70.

Pursuant to the Order dated July 21, 2022, the total sum of $12,652.10 is awarded in costs and disbursements to Adam Barron.

Date: July 21, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: /s/ Janelle Brunner, Deputy Clerk